

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-94,542-01

### EX PARTE ALLEN MAURICE JOHNSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20508-B(1) IN THE 104TH DISTRICT COURT
### FROM TAYLOR COUNTY

*Per curiam*.  YEARY, J., filed a concurring opinion.

### O P I N I O N

Applicant pleaded guilty to failure to comply with sex offender registration requirements and was sentenced to fifteen years' imprisonment.  The Eleventh Court of Appeals dismissed his appeal. *Johnson v. State*, No. 11-17-00286-CR (Tex. App. — Eastland March 22, 2018) (not designated for publication).  Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court.  *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he is actually innocent and that his guilty plea was not knowingly and voluntarily entered.  Due to errors in the Sex Offender Registry paperwork at the time of his plea, all of the parties incorrectly believed that Applicant was required to register for approximately ten years after the registration requirement should have expired.   The errors in

the record were not corrected until April of 2022. Based on the record, the trial court has determined that Applicant has established by clear and convincing evidence that he is actually innocent, and that his guilty plea was not knowingly and voluntarily entered.

We agree. Relief is granted. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002). The judgment in cause number 20508B in the 104th District Court of Taylor County is set aside, and Applicant is remanded to the custody of the Sheriff of Taylor County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:     APRIL 19, 2023
Do not publish